IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HUSIEEN EDMONDS,** : | CIVIL ACTION | |
| Plaintiff, : | | |
| : | | |
| v. : | NO.   20-cv-658 | |
| : | | |
| **SOUTHEASTERN PENNSYLVANIA** : | | |
| **TRANSPORTATION AUTHORITY; and** : | | |
| **VINCENT DELLAVECCHIA (In His** : | | |
| **Individual and Official Capacity),** : | | |
| **Defendants** : | | |

# ORDER

AND NOW, this __4TH__ day of August, 2022, upon consideration of Defendant Southeastern Pennsylvania Transportation Authority's Motion to Hold Anthony Colavita, M.D., in Civil Contempt and for Sanctions (ECF No. 33),[1] and no response thereto, **IT IS HEREBY ORDERED** as follows:

1. Pursuant to 28 U.S.C. § 636(e)(6)(B), I certify the facts setting forth a *prima facie* case of Civil Contempt against Anthony Colavita, M.D., as set forth in my Memorandum filed concurrently with this Order.

2. Dr. Colavita shall appear before the Honorable C. Darnell Jones, II, to show cause why he should not be held in contempt and face sanctions for failing to comply with the May 6, 2020 Subpoena to Testify at a Deposition in a Civil Action and June 13, 2020 Court Order. The Show Cause Hearing will be scheduled by the Honorable C. Darnell Jones, II, by separate Order.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

---

[1] The Honorable C. Darnell Jones, II, referred this matter to me for disposition pursuant to 28 U.S.C. § 636(b)(1)(A).  (Order, ECF No. 35).