IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HUSIEEN EDMONDS,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.   20-cv-658 |
| | : | |
| **SOUTHEASTERN PENNSYLVANIA** | : | |
| **TRANSPORTATION AUTHORITY; and** | : | |
| **VINCENT DELLAVECCHIA (In His** | : | |
| **Individual and Official Capacity)** | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this  16th  day of May, 2023, upon consideration of Plaintiff's Motion for Leave of Court to File First Amended Complaint (Mot. for Leave, ECF No. 25), Defendant's response thereto (Resp. to Mot. for Leave, ECF No. 27), Defendant's Motion to Sever Plaintiff's Claims Against Separate Defendants (Mot. to Sever, ECF No. 19), and Plaintiff's response thereto (Resp. to Mot. to Sever, ECF No. 26), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave of Court to File First Amended Complaint and Defendant's Motion to Sever Plaintiff's Claims Against Separate Defendants are **GRANTED.  IT IS FURTHER ORDERED** that:

1. Plaintiff shall file his First Amended Complaint substantially in the form attached to his Motion within ten (10) days of the date of entry of this Order; and

2. The claims that Plaintiff asserts against Defendant Vincent DellaVecchia in this action are hereby severed from this case.

BY THE COURT:

 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge